# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH DEENE LINDELL
    Plaintiff,
  v.

PIERCE COUNTY JAIL,

    Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5079RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

The Petition is DISMISSED WITHOUT PREJUDICE.

May 31, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk